**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**James FREEMAN, aka Mike English,**
**Defendant—Appellant.**

**No. 01–5079.**

United States Court of Appeals,
Sixth Circuit.

Sept. 24, 2002.

Before GUY and BATCHELDER,
Circuit Judges; QUIST, District Judge.*

**ORDER**

This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof,

The court finds that no prejudicial error intervened in the judgment and proceedings in the district court, and it is there-

---

* The Honorable Gordon J. Quist, District Judge for the Western District of Michigan, sitting by designation.

fore **ORDERED** that said judgment be and it hereby is affirmed.